IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JETHRO WALLACE, JR.                                    PETITIONER

VERSUS                          CIVIL ACTION NO. 4:05cv133TSL-JCS

JIM HOOD, et al.                                      RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the 23rd day of February, 2006.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE